**BERRY et al. v. EUREKA CONST. CO.**

No. 9005—Opinion Filed July 8, 1919.

Rehearing Denied Oct. 7, 1919.

Action between J. H. Berry and others and the Eureka Construction Company. From the judgment, the parties first named bring error. Affirmed on rehearing.

PER CURIAM. It is ordered and adjudged:

1st. That the petition for rehearing herein be granted.

2nd. That the opinion of Mr. Commissioner Davis, filed November 12, 1918, reversing and remanding the cause, be withdrawn.

3rd. The questions involved in this action are identical with the questions involved in the case of Nitsche v. State Security Bank of Zanesville, Ohio, et al., 69 Oklahoma, 170 Pac. 234, and the opinion of this court in that case is controlling in the instant case. It is, therefore, ordered and adjudged that the judgment in the instant case be affirmed under the authority of the Nitsche case and the authorities cited in the opinion of this court in that case.